UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS J. ALSTON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 21-2322 (RBW) |
| LEXISNEXIS RISK SOLUTIONS INC., et al., | ) |
| Defendants. | ) |

**ORDER**

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that LexisNexis Risk Solutions Inc.'s Partial Motion to Dismiss Plaintiff's First Amended Complaint or, Alternatively, Motion for a More Definite Statement, ECF No. 11, is **DENIED**. It is further

**ORDERED** that, on or before, January 13, 2023, LexisNexis Risk Solutions Inc. shall file its answer to the Amended Complaint. It is further

**ORDERED** that Defendant SageStream, LLC's Motion to Dismiss Without Prejudice, ECF No. 14, is **GRANTED**. It is further

**ORDERED** that the plaintiff's claims against SageStream, LLC, are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 16th day of December, 2022.

REGGIE B. WALTON
United States District Judge
