### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| THOMAS J. ALSTON, | |
| Plaintiff, | |
| v. | Case No. 3:23-cv-00670-JDB |
| LEXISNEXIS RISK SOLUTIONS INC, | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff, Thomas J. Alston, operating *pro se*, hereby dismisses defendant LexisNexis Risk Solutions Inc. from this action *with prejudice*.

Dated:  February 9, 2024                           Respectfully submitted,

*Thomas Alston*
Thomas J. Alston (Pro Se)
4020 Southern Ave SE
Washington, DC 20020
(202) 993-8828
talston@washlegal.com