IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THOMAS J. ALSTON,
    Plaintiff,

v.                                    Civil Case No. 3:23cv670

LEXISNEXIS RISK SOLUTIONS INC.
    Defendant.

## FINAL ORDER

On February 9, 2024, the *pro se* plaintiff, Thomas J. Alston, filed a stipulation of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 41.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record and to the *pro se* plaintiff.

Date: 12 February 2024
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge